UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KATRINA WAGNER,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE,<br><br>        Defendant. | 4:15-CV-4142-KES<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion for dismissal (Docket 10), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to any of the parties.

Dated May 9, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE